KIMBERLY A. SANCHEZ
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHILA MALEKKHATEI, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONAL VISA CENTER, ET AL.,<br><br>    Defendants. | CASE NO. 2:25-CV-01397-CSK<br><br>STIPULATION AND [PROPOSED] ORDER FOR TEMPORARY STAY |

The parties jointly request a temporary the stay in this matter.  Defendants' response to the complaint is currently due July 29, 2025.  In this case, Plaintiffs allege that the National Visa Center ("NVC") has unreasonably delayed scheduling interviews for and the adjudication of their immigrant visa cases.  The cases were originally at the NVC awaiting scheduling at the U.S. Embassy in Abu Dhabi.  Counsel for the parties have conferred, and Plaintiffs' counsel represents that Plaintiffs have requested the transfer of their immigrant visa cases to a different post, which may result in the earlier scheduling of their immigrant visa interviews.  A consular officer will determine if Plaintiffs are eligible for immigrant visas at the interviews.  Once the visas have been adjudicated, the parties anticipate that this lawsuit will be rendered moot.

///

///

The parties therefore stipulate that this matter be stayed through January 26, 2026.  The parties further request that all filing deadlines be similarly extended and that any court appearances be vacated.

Respectfully submitted,

Dated:  July 16, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

By:  /s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney
Attorneys for Defendants

Dated:  July 16, 2025

By:  /s/ DAVID MOINVASIRI
DAVID MOINVASIRI
Counsel for Plaintiffs

[PROPOSED] ORDER

It is so ordered.

Date:  July 22, 2025

HONORABLE CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, male1397.25